UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>SALWA G. ABOUMRAD,<br><br>        Defendant. | Case No. 21-cv-07217-SK<br><br>**ORDER TO SHOW CAUSE** |

This case was filed on September 17, 2021. Pursuant to the Scheduling Order issued on September 21, 2021, Plaintiff was required to complete service by November 16, 2021, or file a motion for administrative relief from the deadline. (Dkt. No. 6.) Plaintiff did neither.

In response to the Court's Order issued on March 1, 2022, requesting a status report regarding service and compliance with the Scheduling Order, Plaintiff *began* efforts to serve Defendant. (Dkt. No. 10 (describing service efforts on March 5, 7 and March 8, 2022).) Plaintiff does not provide *any* explanation as to why he waited until *after* the Court inquired about service to *begin* efforts to serve Defendant. Nor does Plaintiff explain why he has not yet completed service or why he ignored the deadline set forth in the Scheduling Order. Compliance with the Court's Orders is not optional. Additionally, Plaintiff's response to the Court request for a status update appears to entail the absolute minimum level of effort. Therefore, the Court Orders Plaintiff to Show Cause in writing by no later than March 17, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and why Plaintiff's counsel should not be personally sanctioned in the amount of $1,000. Plaintiff is admonished that if he does not respond and show good cause by March 17, 2022, the Court will

/ / /

/ / /

1  impose the monetary sanctions and reassign this case with a report and recommendation to dismiss
2  this case without any further notice.
3       **IT IS SO ORDERED**.
4  Dated: March 10, 2022



SALLIE KIM
United States Magistrate Judge

2