UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>           Plaintiff,<br><br>    v.<br><br>SALWA G. ABOUMRAD,<br><br>           Defendant. | Case No. 21-cv-07217-SK<br><br>**SECOND ORDER TO SHOW CAUSE** |

       Plaintiff filed this action on September 17, 2021. On March 1, 2022, the Court ordered Plaintiff to file a status update regarding whether Plaintiff had yet served Defendant or was complying with the Scheduling Order. (Dkt. No. 8.) When Plaintiff responded that he had only began efforts to serve Defendant after the Court issued the order requiring a status update, the Court issued an Order to Show Cause ("OSC") why they case should not be dismissed for failure to prosecute and why Plaintiff's counsel should not be personally sanctioned. (Dkt. No. 11.) After receiving Plaintiff's response, the Court did not dismiss the case but did sanction Plaintiff's counsel in the amount of $250.

       Plaintiff then requested default against Defendant, and default was entered on April 25, 2022. (Dkt. No. 22.) However, despite the fact that more than five months have passed, Plaintiff has not yet filed a motion for default judgment. The Court notes that it has repeatedly issued Orders to Show Cause to Plaintiff's Counsel's law firm, Center for Disability Access, based on Counsel's failure to diligently prosecute. The Court has also repeatedly sanctioned attorneys at the Center for Disability Access and referred two individual attorneys with the Center for Disability Access to the Northern District of California's Standing Committee on Professional Conduct. Despite repeated apologies and promises to calendar deadlines, the Court notes that attorneys with the Center for Disability Access continue to fail to diligently prosecute their cases.

The Court has a full case load and does not have the time to manage this case for Plaintiff.  It is Plaintiff's Counsel's responsibility to proceed diligently.

Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than October 11, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and why Counsel should not be personally sanctioned in the amount of $1,000.  Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by October 11, 2022, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute and will sanction Plaintiff's Counsel without further notice.

**IT IS SO ORDERED**.

Dated: September 30, 2022



SALLIE KIM
United States Magistrate Judge